UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©)

THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:  Sandra Strazzeri

Case No.: 18-18167
Hearing Date: June 22, 2012
Judge: ABA

## ORDER APPROVING FORBEARANCE AGREEMENT

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: June 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Sandra Strazzeri

Case No.: 18-18167 ABA

Order Approving Forebearance Ageement

    THIS MATTER having been opened to the Court upon Notice of Motion of Thomas E. Dowey, Esquire, Attorney for Debtor, and Chapter 13 Trustee, Isabel Balboa, Esquire and creditor Penny Mac and their attorney, having been provided Notice, and the Court having read and considered the papers submitted, no cause being shown to the contrary, and for good cause demonstrated;

    IT IS ORDERED as follows:

    1. The Forbearance Agreement deferring the scheduled mortgage payments from 4/1/2020 through 9/30/2020 until the end of the loan period is APPROVED..