UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©

THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Sandra Strazzeri

Case No.: 18-18167
Hearing Date: June 22, 2012
Judge: ABA

## ORDER APPROVING FORBEARANCE AGREEMENT

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

DATED: June 22, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Sandra Strazzeri

Case No.: 18-18167 ABA

Order Approving Forebearance Ageement

    THIS MATTER having been opened to the Court upon Notice of Motion of Thomas E. Dowey, Esquire, Attorney for Debtor, and Chapter 13 Trustee, Isabel Balboa, Esquire and creditor Penny Mac and their attorney, having been provided Notice, and the Court having read and considered the papers submitted, no cause being shown to the contrary, and for good cause demonstrated;

    IT IS ORDERED as follows:

    1. The Forbearance Agreement deferring the scheduled mortgage payments from 4/1/2020 through 9/30/2020 until the end of the loan period is APPROVED..

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-18167-ABA
Sandra J Strazzeri  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Jun 22, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

**Recip ID**    **Recipient Name and Address**
db     + Sandra J Strazzeri, 439 London court II, Egg Harbor Township, NJ 08234-5003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Thomas E. Dowey
    on behalf of Debtor Sandra J Strazzeri tdesquire@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 1

William M.E. Powers, III
                on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 7