| **Information to identify the case:** | |
|---|---|
| Debtor 1   Sandra J Strazzeri<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−4237<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   18−18167−ABA | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Sandra J Strazzeri

   8/6/21                                        **By the court:** Andrew B. Altenburg Jr.
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Sandra J Strazzeri  
    Debtor

Case No. 18-18167-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Aug 06, 2021     Form ID: 3180W     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra J Strazzeri, 439 London court II, Egg Harbor Township, NJ 08234-5003 |
| 517473400 | + | Circleback Lending, 655 Pullman Ave, Rochester, NY 14615-3334 |
| 517532430 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 517473407 | + | LVNV Fundin, LLC, c/o Valentine & Kebartas, Inc., P.O. Box 325, Lawrence, MA 01842-0625 |
| 517545556 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517473410 | + | Niagra Credit Solutions, 1212 Abbott Rd. Suite D, Buffalo, NY 14218-1900 |
| 517473411 | | PennyMac, PO Box 14387, Los Angeles, CA 90051 |
| 517526538 | + | PennyMac Loan Services LLC, Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517592916 | | PennyMac Loan Services, LLC., P.O. Box 2010, Moorpark, CA 93020 |
| 517535738 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518352305 | + | Toyota Lease Trust, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517479399 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517473395 | + | EDI: TSYS2.COM | Aug 07 2021 00:23:00 | Barclay Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 517473397 | + | EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 517473398 | + | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 517541567 | | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517547516 | | EDI: BL-BECKET.COM | Aug 07 2021 00:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517473401 | + | Email/Text: mediamanagers@clientservices.com | Aug 06 2021 20:26:00 | Client Services Incorporated, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 517473402 | + | EDI: WFNNB.COM | Aug 07 2021 00:23:00 | Comenity Bank/Boscov, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 517473403 | + | Email/Text: clientservices@credit-control.com | Aug 06 2021 20:27:00 | Credit control LLC, 5757 Phantom Dr Suite330, |

Case 18-18167-ABA    Doc 41    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Hazelwood, MO 63042-2429 |
| 517540607 | + | EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517984766 | | EDI: Q3G.COM | Aug 07 2021 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517473404 | + | EDI: NAVIENTFKASMDOE.COM | Aug 07 2021 00:23:00 | Dept of Ed / NAVIENT, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 517473399 | | EDI: JPMORGANCHASE | Aug 07 2021 00:23:00 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 517473394 | | EDI: JPMORGANCHASE | Aug 07 2021 00:23:00 | amazon/, P O Box 15123, Wilmington, DE 19850 |
| 517541332 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 06 2021 20:27:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 517473405 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 06 2021 20:26:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517617019 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:34:57 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517473406 | + | Email/Text: bk@lendingclub.com | Aug 06 2021 20:27:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 517473408 | + | EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Macys, P O Box 6167, Sioux Falls, SD 57117-6167 |
| 517473409 | + | EDI: MID8.COM | Aug 07 2021 00:23:00 | Midland Funding, 2365 Northside Dr., Ste. 300, San Diego, CA 92108-2709 |
| 517590781 | + | EDI: MID8.COM | Aug 07 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517597223 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517597224 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517597226 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Dicks Sporting Goods, POB 41067, Norfolk VA 23541 |
| 517597221 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o NFL, POB 41067, Norfolk VA 23541 |
| 517473412 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | SYNCB/, P O Box 965005, Orlando, FL 32896-5005 |
| 517473413 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | SyncB/reward DC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517473414 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | SynchB/Amazon, P.O. Box 965036, Orlando, FL 32896-5036 |
| 517477287 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517473415 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank/ Walmart, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517473416 | | EDI: TFSR.COM | Aug 07 2021 00:23:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52409 |
| 518636920 | | EDI: BL-BECKET.COM | Aug 07 2021 00:23:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517473418 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Walmart / Synchrony Bank, ATTN: Bankruptcy |

Dept., P.O. Box 965060, Orlando, FL 32896-5060

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517473396 | *+ | Barclay Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 517473417 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52409 |
| 517473393 | ##+ | Altran Financial, P O Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Thomas E. Dowey | on behalf of Debtor Sandra J Strazzeri tdesquire@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 7